**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 97-1468

Marvin L. King,                                 *
                                                *
            Appellant,                          *
                                                *   Appeal from the United States
      v.                                        *   District Court for the
                                                *   Eastern District of Missouri.
Bruce Babbitt, Secretary, Department            *
of the Interior,                                *         [UNPUBLISHED]
                                                *
            Appellee.                           *

_____

Submitted: October 28, 1997

Filed: November 3, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Marvin L. King appeals from the district court's[1] adverse grant of summary judgment, based on res judicata, in King's employment discrimination action against Department of the Interior Secretary Bruce Babbitt. We have carefully reviewed the record and the parties' briefs, and conclude that the district court did not err.

---

[1]The Honorable Mary Ann L. Medler, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

Accordingly, we affirm the judgment of the district court for the reasons set forth in its opinion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK,  U.S.  COURT  OF  APPEALS,  EIGHTH  CIRCUIT.